UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

MARK S. COLON and VERONICA I. COLON,

Debtors.

MICHAEL LIFTON, Individually and as Trustee of the 8617 NE 20th Trust; MEI-YUH HWANG, A Single Individual,

Plaintiffs,

vs.

MARK S. COLON, a Washington Resident,
Defendant.

No.:

BK No.: 13-15193

ADVERSARY COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT

COME NOW ADVERSARY PLAINTIFFS above named and alleges as follows:

I. Parties

1.1   Adversary Plaintiff MICHAEL LIFTON, is now and for all times relevant hereto has been a Washington resident.

1.2   Adversary Plaintiff MEI-YUH HWANT, is now and for all times relevant hereto has been a Washington resident.

MDK LAW ASSOCIATES:
THE LAW OFFICES OF MARK DOUGLAS KIMBALL P.S.
777 108th Ave NE, Suite 2170
Bellevue, Washington 98004
(425)-455-9610

ADVERSARY COMPLAINT - 1 –
In re Colon

Case 13-01374-TWD    Doc 1    Filed 07/09/13    Ent. 07/09/13 12:28:32    Pg. 1 of 11

1.3     Adversary Defendant MARK S. COLON, is now and for all times relevant hereto has been a Washington resident.

## II. Jurisdiction and Venue

2.1     The Bankruptcy Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 1334 and 157. This adversary proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(I)

2.2     Venue for this adversary proceeding exists in the United States Bankruptcy Court for the Western District of Washington pursuant to 28 U.S.C. §§ 1408 and 1409.

## III. Basis of Complaint

3.1     On March 5, 2013 Adversary Plaintiffs obtained a judgment against Mark Stephen Colon in the amount of $172,931.02. A true and correct copy of the Judgment is attached hereto as "Attachment 1".

3.2     Of the judgment amount, the Court found that no issues of material fact existed that Adversary Defendant Colon converted $166,199.78.

## IV. Causes of Action

4.1     All of the foregoing allegations are re-alleged herein and incorporated into each of the claims set forth below as though set forth therein.

<u>Determination of Non-Dischargeability of Debt Pursuant to 11 U.S.C. § 523(a)(4)</u>

4.2     As a result of the Debtor's actions, MDK was actually and proximately damaged. Adversary Plaintiffs seeks a determination that the debts owed to him are non-dischargeable as to the Debtor under 11 U.S.C. § 523(a)(4).

ADVERSARY COMPLAINT - 2 –
In re Colon

MDK LAW ASSOCIATES:
THE LAW OFFICES OF MARK DOUGLAS KIMBALL P.S.
777 108th Ave NE, Suite 2170
Bellevue, Washington 98004
(425)-455-9610

Case 13-01374-TWD    Doc 1    Filed 07/09/13    Ent. 07/09/13 12:28:32    Pg. 2 of 11

## V. Prayer for Relief

WHEREFORE, Adversary Plaintiffs respectfully prays for judgment against the Debtor, as follows:

5.1 Judgment against Debtor to the effect that the debt owed to Plaintiffs is non-dischargeable as to Debtor under 11 U.S.C. § 523(a)(442).

5.2 For Plaintiffs' attorneys' fees and costs incurred in pursuing its claims against Debtor.

Respectfully submitted this July 9, 2013.

MDK Law Associates:
Law Offices of Mark Douglas Kimball, P.S.
*Attorney for Adversary Plaintiffs*

_____
MARK D. KIMBALL, WSBA # 13146

_____
JAMES P. WARE, WSBA # 36799

ADVERSARY COMPLAINT - 3 –
*In re Colon*

MDK LAW ASSOCIATES:
THE LAW OFFICES OF MARK DOUGLAS KIMBALL P.S.
777 108th Ave NE, Suite 2170
Bellevue, Washington 98004
(425)-455-9610

Case 13-01374-TWD    Doc 1    Filed 07/09/13    Ent. 07/09/13 12:28:32    Pg. 3 of 11

ATTACHMENT 1

FILED
KING COUNTY, WASHINGTON

Honorable Judge Prochnau
February 26, 2013
Without Oral Argument

MAR 05 2013

SUPERIOR COURT CLERK
EILEEN L. MCLEOD
DEPUTY

# IN THE SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| MARK STEPHEN COLON d/b/a LUXOR HOMES, A Washington State Licensed Contractor,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL LIFTON, Individually and as Trustee of the 8617 NE 20th Trust; MEI-YUH HWANG, A Single Individual;<br><br>Defendants/ Third-Party Plaintiffs.<br><br>vs.<br><br>AMERICAN CONTRACTORS INDEMNITY CO., A Duly Licensed and Registered Contractor Bonding Co.; PLATTE RIVER INSURANCE CO., A Duly Licensed and Registered Contractor Bonding Co.,<br><br>Third-Party Defendants. | No.: 11-2-03582-4 SEA<br><br>AMENDED JUDGMENT AGAINST PLAINTIFF/COUNTERCLAIMANT FOR CONVERSION<br><br>(Clerk's Action Required) |

## JUDGMENT SUMMARY

1. Judgment Creditor:    MICHAEL LIFTON and MEI-YUH HWANG

2. Judgment Creditor's Counsel:    James P. Ware
   MDK Law Associates
   777 108th Ave. NE Suite 2170
   Bellevue WA 98004
   (425) 455-9610

SECOND AMENDED JUDGMENT
FOR CONVERSION    - 1 -
*Colon v. Lifton*


ORIGINAL

MDK LAW ASSOCIATES:
THE LAW OFFICES OF MARK DOUGLAS KIMBALL, P.S.
777 108th Avenue Northeast
Suite 2170
Bellevue, Washington 98004
(425) 455-9610

| | | |
|---|---|---|
| 3. | Judgment Debtor: | MARK STEPHEN COLON |
| 4. | Judgment Debtor's Counsel: | *Pro Se* |
| 5. | Judgment Amount: | $166,199.78 (Interest Accruing as of February 26, 2013) |
| 6. | Attorneys Fees and costs: | $6,731.24 (Interest Accruing as of April 21, 2011)[1] |
| **7.** | **Judgment Total which shall: bear interest of 12% per annum** | **$172,931.02** |

## I. JUDGMENT

THIS MATTER having come on regularly for presentation upon request of Counterclaim Plaintiffs Michael Lifton and Mei-Yuh Hwang, by and through the undersigned Attorneys, pursuant to the Findings of Fact And Conclusions of Law entered herewith, the Court now enters Judgment against the Plaintiff named herein as follows:

## II. FINDINGS OF FACT

1. On April 21, 2011 this Court entered judgment in the amount of $6,731.24 against Plaintiff Mark Stephen Colon for the costs associated with the removal of his frivolous mechanic's lien. (A true and correct copy of the April 2, 2011 Order and Judgment is attached).

2. On August 19, 2011 this Court entered an Order dismissing Plaintiff Mark Stephen Colon's Claims against Defendants Michael Lifton and Mei-Yuh Hwang.

3. On January 11, 2013 this Court found that no issues of material fact exist to preclude judgment against Mark Stephen Colon for conversion in the amount of $166,199.78.

## III. CONCLUSIONS OF LAW

1. This Court has subject-matter over this action.

2. This Court also has personal jurisdiction over the parties to this matter.

---

[1] Said attorney fees were awarded pursuant to an Order and Judgment entered on April 21, 2011.

SECOND AMENDED JUDGMENT
FOR CONVERSION   - 2 -
*Colon v. Lifton*

MDK LAW ASSOCIATES:
THE LAW OFFICES OF MARK DOUGLAS KIMBALL, P.S.
777 108th Avenue Northeast
Suite 2170
Bellevue, Washington 98004
(425) 455-9610

Case 13-01374-TWD   Doc 1   Filed 07/09/13   Ent. 07/09/13 12:28:32   Pg. 6 of 11

3. Because no issues of material fact exist that Mark Stephen Colon converted $116,199.78 from Counterclaims Michael Lifton and Mei-Yuh Hwang, Judgment should be entered against Mark Stephen Colon in the amount of $166,199.78 for conversion;

4. Pursuant to the April 21, 2011 Order and Judgment this Court entered, Counterclaimants Michael Lifton and Mei-Yuh Hwang are entitled to attorney fees in the amount of $6,731.24 plus accrued interest as of April 21, 2011.

5. If any Findings of Fact are labeled as Conclusions of Law, they shall be construed as Findings of Fact.

6. If any Conclusions of Law are labeled as Findings of Fact, they shall be construed as Conclusions of Law.

7. At the request of Counterclaim Plaintiffs Michael Lifton and Mei-Yuh Hwang, all remaining counterclaims and third-party claims not resolved in this Judgment or any of the previous Orders are hereby dismissed without prejudice pursuant to CR 41.

DONE IN OPEN COURT this 1st day of MARCH, 2013.

_____
HONORABLE JUDGE PROCHNAU

Presented By:
MDK Law Associates:
Mark Douglas Kimball P.S.
*Attorneys for Defendants/Counterclaimants, and Third-Party Plaintiffs*

_____
JAMES P. WARE WSBA # 36799
(425) 455-9610

SECOND AMENDED JUDGMENT
FOR CONVERSION   - 3 -
*Colon v. Lifton*

MDK LAW ASSOCIATES:
THE LAW OFFICES OF MARK DOUGLAS KIMBALL, P.S.
777 108th Avenue Northeast
Suite 2170
Bellevue, Washington 98004
(425) 455-9610

**ATTACHMENT A**

Honorable Judge Prochnau
April 20, 2011
Without Oral Argument

**FILED**
KING COUNTY, WASHINGTON

APR 21 2011

SUPERIOR COURT CLERK
EILEEN L. MCLEOD
DEPUTY

IN THE SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| MARK STEPHEN COLON d/b/a LUXOR HOMES, A Washington State Licensed Contractor,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL LIFTON, Individually and as Trustee of the 8617 NE 20th Trust; MEI-YUH HWANG, A Single Individual;<br><br>Defendants. | No.: 11-2-03582-4 SEA<br><br>ORDER AND JUDGMENT GRANTING ATTORNEY FEES<br><br>(Clerk's Action Required) |

## SUMMARY JUDGMENT

1. Judgment Creditor: MICHAEL LIFTON and MEI-YUH HWANG
2. Judgment Creditor's Counsel: James P. Ware
   MDK Law Associates
   10900 NE 4th St Suite 2030
   Bellevue WA 98004
   (425) 455-9610
3. Judgment Debtor: MARK STEPHEN COLON
4. Judgment Debtor's Counsel: LESLIE CLAY TERRY, III
   10500 NE 8th St Ste 1900
   Bellevue, WA 98004
5. Judgment Amount: $N/A
6. Attorneys Fees and costs: $6,731.24

7. Judgment Total which shall: $6,731.24
   bear interest of 12% per annum

ORDER/JUDGMENT RE: FEES  -1-  **ORIGINAL**
MDK LAW ASSOCIATES:
THE LAW OFFICES OF MARK DOUGLAS KIMBALL, P.S.
Skyline Tower, Suite 2300
10900 Northeast Fourth Street
Bellevue, Washington 98004
(425)-455-9610

THIS MATTER having come on regularly for presentation upon request of Plaintiff, by and through the undersigned Attorneys, pursuant to the Findings of Fact And Conclusions of Law entered herewith, the Court now enters Judgment against the Plaintiff named herein as follows:

## I. FINDINGS OF FACt

1. On March 25, 2011 this Court found that the Claim of Lien recorded under King County Recording No. 20110210000831 against the property at 8617 NE 20th, Clyde Hill, Washington, further described as:

   LOT 8 CLYDE HILL SHORT PLAT NO. 44-102 RECORDED UNDER RECORDING NO. 20051025900012, RECORDS OF KING COUNTY, WA.

   was Frivolous.

2. Pursuant to RCW § 60.04.081 this Court awarded Defendants reasonable attorney fees and costs.

3. On April 4, 2011, Defendants' Counsel provided Plaintiff's Counsel a copy of their declaration in support of attorney fees and costs in order that the parties stipulate to an amount. Plaintiff did not respond.

4. The amount of fees and costs Defendants allege are reasonable are $6731.24

## II. CONCLUSIONS OF LAW

1. Under the *Lodestar* standard Defendants are entitled to attorney fees equal to reasonable hourly charges based upon counsel's experience and knowledge multiplied by a reasonable rate of time to handle the issue that was before the court given its factual complexity;

2. Pursuant to the *Lodestar* standard Defendants are entitled to $6,731.24 in fees and costs as said amount is reasonable for this matter.

ORDER/JUDGMENT RE: FEES   -2-

MDK LAW ASSOCIATES:
THE LAW OFFICES OF MARK DOUGLAS KIMBALL P.S.
Skyline Tower, Suite 2300
10900 Northeast Fourth Street
Bellevue, Washington 98004
(425)-455-9610

DONE IN OPEN COURT this 21st day of April 2011.

_____
HONORABLE JUDGE PROCHNAU

Presented By:
MDK Law Associates:
Mark Douglas Kimball P.S.
*Attorneys for Defendants*

_____
JAMES P. WARE WSBA # 36799
(425) 455-9610

ORDER/JUDGMENT RE: FEES  - 3 -

MDK LAW ASSOCIATES:
THE LAW OFFICES OF MARK DOUGLAS KIMBALL P.S.
Skyline Tower, Suite 2300
10900 Northeast Fourth Street
Bellevue, Washington 98004
(425)-455-9610

Case 13-01374-TWD    Doc 1    Filed 07/09/13    Ent. 07/09/13 12:28:32    Pg. 11 of 11